Petit, Olin, Overmyer & Fazio, and Melville Mucklestone, for appellants; Peter V. Fazio, David A. Wallace, and Stephen A. Malato, of counsel; John J. Enright, for appellees; Eckert, Peterson & Lowry, Owen Rall, and Herbert C. Loth, Jr., of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## Sara Bishop, Appellee, v. Lucille Morres, Appellant.

### Gen. No. 46,308. (Abstract of Decision.)

Leon N. Miller, for appellant; Thomas A. Mass, Jr., of counsel; no brief filed for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## James Geraghty, Appellee, v. Burr Oak Lanes, Inc., Appellant.

### Gen. No. 46,160. (Abstract of Decision.)

Meyers & Matthias, for appellant; Donald L. Thompson, Erwin H. Wright, and Philip G. Meyers, or counsel; Francis J. Gariepy, and Charles E. Mallon, for appellee. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

Bituminous Casualty Corporation, Appellant, v. Harlow H. Belding, Individually, and Trading as Belding Construction and Engineering Company and Belding Engineering Company, Appellees.

Gen. No. 46,197.   (Abstract of Decision.)